## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AFO-ODJEBITI ABOUDOURABIOU,** | ) | **CASE NO. 8:10CV336** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **INS,** | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on its own motion. On September 14, 2010, the court entered a Memorandum and Order provisionally filing this matter but requiring Petitioner either to file a motion for leave to proceed in forma pauperis or pay the $5.00 filing fee no later than October 14, 2010. (Filing No. 2.) The court warned Petitioner that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Petitioner has not paid the $5.00 filing fee or filed any other response to the court's previous Memorandum and Order.

    IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 22nd day of October, 2010.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.